NEW-YORK,
Nov. 1810

PARSONS
v.
BARNARD.

## PARSONS *against* BARNARD.

The courts of
this state have
no jurisdiction in
actions brought
for the infringe-
ment of patent
rights, granted
by the *United
States*. The cog-
nisance of such
actions belongs
to the circuit
courts of the
*United States.*
(*Laws of the U.
S.* 6 congress,
1 sess. c. 25. s. 3.
2 cong. 2 sess.
c. 11. s. 4.)

THIS was an action on the case. The declaration
stated that the plaintiff, on the 23d *June*, 1808, obtained
a patent from the *United States*, giving him, and his as-
signs, &c. for 14 years, the exclusive right of making
and vending a certain improvement for rectifying spi-
rits, and that the defendant, well knowing, &c. did, on
the 14th of *August*, 1808, without authority, use the
said improvement, and rectify spirits, &c. to the damage
of the plaintiff, &c.

The defendant pleaded, *in propriâ personâ*, after im-
parlance, stating, that the court ought not to take cog-
nisance of the plea, because, by the constitution and laws
of the *United States*, the circuit court of the *United
States* has full cognisance of the plea, and this he is
ready to verify, &c.

To this plea there was a general demurrer and
joinder.

*E. Williams*, in support of the demurrer.

*Woodward*, contra.

*Per Curiam.* The act of congress, of the 17th of *April,* 1800, (vol. 5. p. 88.) declares, that whenever any patent right shall be infringed, the party offending shall forfeit a sum equal to three times the actual damage sustained, " which sum shall be recovered by action on the case, founded on the act, &c. in the circuit court of the *United States,* having jurisdiction thereof." The act of congress of 21st *February,* 1793, (vol. 2. p. 203.) also declares, that, in certain cases, when judgment shall be rendered for the defendant, the patent shall be declared void. As the judicial power of the *United States* extends to all cases in law and equity, arising under the laws of the *United States,* and as the act of congress, on the subject of patent rights, has declared that the suit for the infringement of them shall be brought in the circuit court of the *United States,* and gives the court power, in such cases, to declare the patent void, the state courts have, of course, no jurisdiction in the case; and judgment must be rendered for the defendant.

NEW-YORK,
Nov. 1810.

NICOLLS
v.
INGERSOLL.

SPENCER, J. not having heard the argument in the cause, gave no opinion.

Judgment for the defendant.(*a*)

(*a*) In the case of *Parsons* v. *Wigton,* on a demurrer to the like plea, there was also judgment for the defendant.